804 P.2d 758

**In the Matter of Thayer Crane LIN-DAUER a Member of the State Bar of Arizona, Respondent.**

**Comm. No. 87-1545.**

Supreme Court of Arizona
Before the Disciplinary Commission.

Feb. 13, 1991.

Donald Daughton, Phoenix, for respondent.

Theresa Dwyer, Bar Counsel, Harriet Turney, Chief Bar Counsel, Phoenix, for State Bar of Arizona.

**JUDGMENT OF CENSURE**

This matter having come on for review before the Disciplinary Commission of the Supreme Court of Arizona, it having duly rendered its decision, and no timely appeal therefrom having been filed,

IT IS ORDERED, ADJUDGED AND DECREED that:

1. THAYER CRANE LINDAUER, a member of the State Bar of Arizona, is hereby censured and condemned for conduct unworthy of and in violation of his duties and obligations as a lawyer, as disclosed in the captioned proceedings.

2. Respondent shall pay to the State Bar of Arizona costs and expenses incurred in this matter in the sum of $663.58 with interest at the legal rate, within thirty days from the date hereof as provided by law.

804 P.2d 758

**In the Matter of Neal Taylor ROBERTS, a Member of the State Bar of Arizona, Respondent.**

**Comm. Nos. 87-0779, 87-0829, 87-0842 and 89-0509.**

Supreme Court of Arizona
Before the Disciplinary Commission.

Dec. 21, 1990.

Harry A. Stewart, Jr., Phoenix, for Respondent.

Yigael M. Cohen, Bar Counsel, Phoenix.

Harriet L. Turney, Chief Bar Counsel, Phoenix.

**JUDGMENT OF CENSURE**

This matter having come on for review before the Disciplinary Commission of the Supreme Court of Arizona, it having duly rendered its decision, and no timely appeal therefrom having been filed,

IT IS ORDERED, ADJUDGED AND DECREED that:

1. NEAL TAYLOR ROBERTS, a member of the State Bar of Arizona is hereby censured and condemned for conduct unworthy of and in violation of his duties and obligations as a lawyer, as disclosed in the captioned proceedings.

2. Respondent shall pay to the State Bar of Arizona costs and expenses incurred in this matter in the sum of $3605.03 to be paid pursuant to the terms and conditions set forth in the Commission's Order of Probation entered November 12, 1990.